UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                                    CHAPTER 13

DAVID M. MARTIN                                                CASE NO. 08-73846

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Deutsche Bank National Trust Company        **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 8057

*Final Cure Amount*

Amount of Prepetition Arrears          $2,994.61 (Per Creditor's Proof of Claim)

Amount Paid by Trustee                    $2,994.61

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan            ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/6/2014                           /s/Lydia S. Meyer
                                                    Lydia S. Meyer, Trustee
                                                    308 W. State St., Suite 212
                                                    Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 6th Day of  March, 2014.

Dated:  3/6/2014                          Cynthia K. Burnard

DEUTSCHE BANK NATIONAL TRUST COMPANY
C/O FRANKLIN CREDIT MANAGEMENT CORP
PO BOX 5147
CAROL STREAM, IL 60197-5147

FRANKLIN CREDIT MANAGEMENT CORP.
101 HUDSON ST, 25TH FLOOR
JERSEY CITY, NJ  07302-3915

ANDREW GOLDBERG
C/O ROSICKI, ROSICKI & ASSOCIATES, P.C.
51 E. BETHPAGE RD.
PLAINVIEW, NY 11803

DEUTSCHE BANK NATIONAL TRUST COMPANY
II TRUST SERIES 2010-1 ℅ FRANKLIN CREDIT
PO BOX 2301
JERSEY CITY, NJ 07303-2301

DAVID M. MARTIN
815 W. CHESTER DRIVE
ROCKFORD, IL  61107

MACEY BANKRUPTCY LAW, PC
WILLIS TOWER
233 S. WACKER DR., SUITE 5150
CHICAGO, IL  60606