UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13

DAVID M. MARTIN                                     CASE NO. 08-73846


**NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Nationstar Mortgage LLC           **Court claim #: 1**

**Last four digits** of any number used to identify the debtor's account: 5070

---

*Final Cure Amount*

| | | |
|---|---|---|
| Amount of Prepetition Arrears | $24,515.22 | (Per Creditor's Proof of Claim) |
| | + 350.00 | (Cost of Collection) |
| Total | $24,865.22 | |
| | | |
| Amount Paid by Trustee | $24,865.22 | |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).


Dated:   3/6/2014                    /s/Lydia S.  Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 6th Day of March, 2014.

Dated:   3/6/2014                    /s/Cynthia K. Burnard

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
350 HIGHLAND DRIVE
LEWISVILLE, TX 75067

WILSHIRE CREDIT CORPORATION
PO BOX 8517
PORTLAND, OR  97207-8517

BAC HOME LOAN SERVICING LP
2380 PERFORMANCE DR  BK DEPT
MAIL STOP TX2-984-05-03
RICHARDSON, TX 75082

DAVID M. MARTIN
815 W. CHESTER DRIVE
ROCKFORD, IL  61107

MACEY BANKRUPTCY LAW, PC
WILLIS TOWER
233 S. WACKER DR., SUITE 5150
CHICAGO, IL  60606